CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

04/28/2026

LAURA A. AUSTIN, CLERK
BY: **/s/ Amy Fansler**
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | | |
|---|---|---|
| **ANJAY PATEL,** | ) | **Criminal Action No. 5:11-CR-00031** |
| **Petitioner,** | ) | |
| **v.** | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | By:  **Michael F. Urbanski** |
| **Respondent.** | ) | **Senior United States District** |
| | **Judge** | |

## ORDER

As set forth in the accompanying Memorandum Opinion, the court **GRANTS** the government's renewed motion to dismiss Patel's Rule 60(d)(3) motion, ECF No. 1005. Patel's Motion for Relief Under Rule 60(d)(3), ECF No. 989, is **DENIED**.

It is so **ORDERED**.

Entered: April 27, 2026

Mike Urbanski
Senior U.S. District Judge
2026.04.27 16:46:42 -04'00'

Michael F. Urbanski
Senior United States District Judge